UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JOEL CHRISTOPHER HOLMES,

           Petitioner,

v.

MAGGIE MILLER-STOUT,

           Respondent.

Case No. C14-1863 RSL

**ORDER OF DISMISSAL**

The Court, having reviewed Petitioner's 28 U.S.C. § 2254 habeas petition, the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, any objections or responses to that, and the remaining record, finds and **Orders** as follows:

    1.    The Report and Recommendation is **ADOPTED**;

    2.    Petitioner's 28 U.S.C. § 2254 habeas petition is **DISMISSED without prejudice**;

    3.    Petitioner is **DENIED** issuance of a certificate of appealability; and

    4.    The Clerk shall send a copy of this Order to the parties and to Judge Tsuchida.

Dated this 23rd day of February, 2015.

                                     /s/ Robert S. Lasnik
                                     ROBERT S. LASNIK
                                     United States District Judge